IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES LAMMERS,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 10-cv-345-bbc

WARDEN McCAUGHTRY, Warden,
Waupun Correctional Institution,

    Respondent.

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing James D. Lammers' petition for a writ of habeas corpus with prejudice.

_____       8/13/2010
Peter Oppeneer, Clerk of Court               Date